UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NUMBER:  13-MJ-2161-MBB |
| | ) | |
| DIAS KADYRBAYEV and | ) | |
| AZAMAT TAZHAYAKOV | ) | |

## JOINT MOTION TO CANCEL PROBABLE CAUSE HEARING

The United States of America and the defendants, Dias Kadyrbayev and Azamat Tazhayakov, hereby move the Court to cancel the probable cause hearing currently scheduled to be held on May 14, 2013.  As grounds, the parties state that, pursuant to Fed. R. Crim. P. 5.1(a)(1), both defendants hereby waive the hearing.

Respectfully submitted,

DIAS KADYRBAYEV                                     CARMEN M. ORTIZ
By his Attorney                                              United States Attorney

/s/ *Robert Stahl*                                          By:       /s/ *John A. Capin*
_____                 _____
Robert Stahl                                                   JOHN A. CAPIN
220 St. Paul Street                                         B. STEPHANIE SIEGMANN
Westfield, NJ                                                 Assistant U.S. Attorney
New York, NY                                              (617) 748-3264

AZAMAT TAZHAYAKOV
By his Attorney

/s/ *Arkady Bukh*
_____
ARKADY BUKH
Bukh Law Firm, P.C.
Wall Street
New York, NY

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *John A. Capin*
JOHN A. CAPIN
Assistant U.S. Attorney